

# NUMBER 13-23-00508-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE CRISTIAN MEDINA-GARCIA

## ON APPEAL FROM THE COUNTY COURT
## OF KINNEY COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

Appellant Cristian Medina-Garcia challenges the trial court's denial of his pre-trial application for writ of habeas corpus.[1] Appellant's brief was due on January 2, 2025. On January 13, 2025, appellant's counsel filed "Appellant's Motion to Dismiss Appeal." The motion was signed by appellant's counsel on her own behalf and on appellant's behalf, "with [appellant's] permission." On January 14, 2025, the Clerk of this Court notified the

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

parties by letter that "Appellant's Motion to Dismiss Appeal" failed to comply with Texas Rule of Appellate Procedure 42.2(a) because it was not signed by the appellant. *See* TEX. R. APP. P. 42.2(a). The clerk directed appellant's counsel to file an amended, compliant motion within ten days from the date of the notice.

More than ten days have elapsed, and appellant's counsel has not filed an amended motion, nor has counsel otherwise responded to the clerk's January 14, 2025 letter. Further, counsel has not filed appellant's brief. In light of these failures, the appeal is hereby dismissed for want of prosecution and for failure to timely comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Any and all pending motions, including "Appellant's Motion to Dismiss Appeal," are dismissed as moot.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
6th day of February, 2025.